**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6806**

———————

RALPH A. SCEARCE,

Plaintiff - Appellant,

versus

C.F. WALLACE, Warden; GARY GRAHAM, Director,
Medical Services; PAUL OHAI, Doctor, Primary
Care Physician,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:06-cv-01411-CMH)

———————

Submitted:  October 11, 2007      Decided:  October 17, 2007

———————

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ralph A. Scearce, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph A. Scearce appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scearce v. Wallace, No. 1:06-cv-1411-CMH (E.D. Va. filed Apr. 19, 2007 & entered Apr. 20, 2007).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]We note, however, that to the extent Scearce appeals the denial of injunctive relief, his appeal is rendered moot by his release from custody. See Williams v. Griffin, 952 F.2d 820 (4th Cir. 1991).